83,264-01,02

Dear Court of Criminal Appeals Clerk Abel Acosta 7-5-15

Hello my name is ANTWAIN JARAMAR TUTSON TDCJ#1864462. I mailed to you on the 22nd day of June 2015 and the 23rd day of June 2015 a motion to reconsider the denial of APPLICATION FOR WRIT OF HABEAS CORPUS for Tr.Ct.NO. W-66889-01-E WR-83,264-01 and Tr.Ct.NO W-66888-01-E WR 83,264-02. I have not recieved any confirmation that my motions were recieved or filed with the court of Criminal Appeals. I would greatly appreciate some type of status report as to where these two(2) motions stand. Thank you for your time and patience in this matter your cooperation will be greatly appreciated.

Please respond to

Sincerely
Antwain Tutson

ANTWAIN JARMAR TUTSON #1864462
Coffidd unit
2661 F.M. 2054
Tennessee Colony, TX 75884

7-5-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

Abel Acosta, Clerk